UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTNEY FLOW-SUNKETT, GLENN SUNKETT,<br><br>        Plaintiffs,<br><br>   v.<br><br>RALPH DIAZ, et al.,<br><br>        Defendants. | No. 2:19-cv-1009 KJM KJN P<br><br><br>ORDER |

     Plaintiff Glenn Sunkett is a state prisoner, and Brittney Flow-Sunkett is Glenn's wife. On April 21, 2020, the undersigned recommended that this action be dismissed based on plaintiffs' failure to timely file an amended complaint. (ECF No. 25.) On that same day, plaintiffs' motion for extension of time to file an amended complaint was entered on the court's docket. (ECF No. 26.) Plaintiffs claim they did not receive the court's order and did not find out about it until April 15, upon a routine call to the Clerk's office seeking the status of this case. Mr. Sunkett asks the court to also send copies of orders to his address in state prison.[1]

---

[1] Plaintiffs previously provided only Ms. Flow-Sunkett's address. (ECF No. 1.) The March 11, 2020 order was served to each plaintiff at the address provided by Ms. Flow-Sunkett, 27952 Pueblo Serene, Hayward, CA  94545. (ECF No. 24.) Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective. Mr. Sunkett's current address has now been noted. Both parties are reminded of their obligation to notify the court of any address changes.

Plaintiffs also seek an extension of sixty days (or more) in light of the current COVID-19 pandemic.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations (ECF No. 25) are vacated;

2. Plaintiffs' motion for an extension of time (ECF No. 26) is granted; and

3. Plaintiffs are granted sixty days from the date of this order in which to file an amended complaint.

Dated: April 23, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/sunk1009.36

2