UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN SUNKETT,<br><br>        Plaintiff,<br><br>    v.<br><br>T. REDMON, et al.,<br><br>        Defendants. | No. 2:19-cv-1009 KJM KJN P<br><br><br><br>ORDER |

Plaintiff, a state prisoner, proceeds pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff paid the filing fee. By order filed June 24, 2021, plaintiff's co-plaintiff was dismissed, as were the defendants located in Sacramento. Plaintiff Glenn Sunkett was granted leave to file a third amended complaint solely as to his due process claims against defendants Redmon and Boerum arising from their involvement in the hearing and administrative process conducted outside Mr. Sunkett's presence at Kern Valley State Prison. (See ECF No. 29 at 6.) In his third amended complaint, plaintiff alleges violations of his civil rights by these two defendants. The alleged violations took place in Kern County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

////

////

1

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated: July 28, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/sunk1009.22

2