# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN S. SUNKETT, | Case No. 1:21-cv-01137-HBK (PC) |
| Plaintiff, | |
| v. | |
| T. BOERUM AND T. REDMON, | **ORDER & WRIT OF HABEAS CORPUS** |
| Defendants. | **AD TESTIFICANDUM** |

Glenn S. Sunkett, CDCR # AF-1727, a necessary and material witness in a settlement conference in this case on June 3, 2024, is confined in Kern Valley State Prison (KVSP), in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate at:

**California State Prison, Corcoran, 4001 King Avenue, Corcoran, CA 93212, on Monday, June 3, 2024 at 8:30 a.m.**

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Kern Valley State Prison at (661) 720-4949 or via email and a courtesy copy to the Litigation Office at California State Prison, Corcoran at (559) 992-7372 or via email.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, KVSP, P. O. Box 3130, Delano, California 93216:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:   April 25, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

