UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN S. SUNKETT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>T. BOERUM and T. REDMON,<br><br>　　　　　Defendants. | Case No.: 1:21-cv-01137-HBK<br><br>ORDER THAT INMATE GLENN S. SUNKETT IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

A settlement conference in this matter commenced on June 3, 2024, at California State Prison, Corcoran. Inmate Glenn S. Sunkett, CDCR #AF-1727, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: June 5, 2024

_____
UNITED STATES MAGISTRATE JUDGE